UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE ERVIN,

               Plaintiff,

    v.

COUNTY OF ALAMEDA,

               Defendant.

Case No. 26-cv-04996-SI

**ORDER RE: REASSIGNMENT**

      The Court requests that the Clerk reassign this case.

      The pending motion to consider whether this case should be related to *Dykes v. County of Alameda*, No. 26-cv-06220-HSG, is referred to the newly reassigned Judge for determination whether the cases are related. *See* Dkt. No. 17.

      **IT IS SO ORDERED**.

Dated: July 10, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California